

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Artisan Infrastructure, Inc.,  \* From the County Court
at Law No. 2 of Midland County,
Trial Court No. CC-17,133.

Vs. No. 11-14-00126-CV  \* April 21, 2016

Premier Family Care I, Inc.  \* Memorandum Opinion by Wright, C.J.
d/b/a Premier Physicians,  (Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Artisan Infrastructure, Inc.